closed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>VLS INVESTORS, LLC, a California Limited Liability Company; MANTEE INC, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-09207-JFW-JPR<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 8, 2016

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE